RECEIVED
AUG 0 7 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

central_____ Division

| | |
|---|---|
| william robert mcgrann | Case No. 4-20-CV-247 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ✓ Yes ☐ No |
| -v- | |
| barry gibb | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint
    A.  The Plaintiff(s)

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    | | |
    |---|---|
    | Name | william robert mcgrann |
    | Street Address | 1420 mulberry street |
    | City and County | des moines.     polk county |
    | State and Zip Code | iowa 50309 |
    | Telephone Number | 515 350 8395 |
    | E-mail Address | mcgrannwilliam2@gmail.com |

    B.  The Defendant(s)

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: barry gibb
- Job or Title (if known): singer song writer
- Street Address: 5820 N BAY ROAD.
- City and County: miami BEACH
- State and Zip Code: florida  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
- Telephone Number: ~~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~~ 904-454-2605
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* William Robert McGrann, is a citizen of the State of *(name)* Iowa.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Barry Gibb, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy   Under Termiser

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Brother Gibb D.D Use Lyric sent To record company Decca records and Come to house looking for me two times.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I D.D send Lyric Used By Brother G.bb is song Lone Somebody and If I can't Have you I don't want nobody else & Baby 1970 Lyrics Sent To record company Gibb. Came ~~1970 1977~~

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2 havent been Gotting Royalty off songs and Ive reason to beleve that Royalty and buy (Roods) By Royalties window in Des Mornes town

Page 4 of 5

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 5, 2020

Signature of Plaintiff: William McLearn

Printed Name of Plaintiff: William D. McGrean

#### B. For Attorneys

Date of signing: 

Signature of Attorney 
Printed Name of Attorney 
Bar Number 
Name of Law Firm 
Street Address 
State and Zip Code 
Telephone Number 
E-mail Address



William Robert McGrann
1720 mulberry St
Des moines Iowa
50309

Clerk of court
US Federal court House
123 E walnut St
Des moines Iowa
50309

FIRST-CLASS PKG SVC - RTL™
0 Lb 8.30 Oz
1005
C082

SHIP TO:
123 E WALNUT ST
Des Moines IA 50309-2035

USPS TRACKING® NUMBER
9500 1134 0562 0219 1282 63